1  BENJAMIN B. WAGNER
United States Attorney
2  LAUREL J. MONTOYA
Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff

7

8                IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  1:15-cr-00178-DAD-BAM

12                    Plaintiff,           STIPULATION TO VACATE STATUS
                                           CONFERENCE AS TO DEFENDANT
13  v.                                     CAMACHO AND SET FOR CHANGE
                                           OF PLEA HEARING; EXCLUDABLE
14  ADRIAN CAMACHO,                        TIME PERIODS UNDER SPEEDY
                                           TRIAL ACT; [PROPOSED] FINDINGS
15                    Defendant,           AND ORDER

16

17       Plaintiff United States of America, by and through its counsel of record BENJAMIN B.

18  WAGNER, United States Attorney and LAUREL J. MONTOYA, Assistant U.S. Attorney, and

19  defendants by and through their undersigned counsel of record hereby stipulate as follows:

20       1.    By previous order, this matter was set for status conference April 25, 2016 at 1:30

21             p.m. before the Honorable Barbara A. McAuliffe.

22       2.    The defendant CAMACHO has signed a plea agreement that will be filed with the

23             Court.

24       3.    Co-defendant Verdin is also set for status conference on April 25, 2016 and is not

25             affected by this stipulation.

26       4.    By this stipulation, the parties agree to vacate the status conference date and set the

27             matter for a change of plea hearing on May 2, 2016 at 10:00 a.m. before Judge Drozd.

28       5.    The parties agree and stipulate, and request that the Court find the following:

a.      Additional time is needed for the filing of the plea agreement, any

further investigation, and for continuity of counsel;

b.      The parties have agreed to vacate the April 25, 2016 status conference

date;

c.      The parties have agreed to set the matter for change of plea hearing on

May 2, 2016;

d.      For the purpose of computing time under the Speedy Trial Act, 18

U.S.C. § 3161, et seq., within which trial must commence, the time period of April 25, 2016

to May 2, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and

(B)(iv) because it results from a continuance granted by the Court at both the defendants' and

government's request on the basis of the Court's finding that the ends of justice served by

taking such action outweigh the best interest of the public and the   defendant in a speedy

trial.

5.      Nothing in this stipulation and order shall preclude a finding that other provisions of

the Speedy Trial Act dictate that additional time periods are excludable from the   period

within which a trial must commence.

IT IS SO STIPULATED.


DATED:  April 20, 2016                                    /s/ Laurel J. Montoya
                                                          LAUREL J. MONTOYA
                                                          Assistant United States Attorney


DATED:  April 20, 2016                                    /s/ Ann H. McGlenon
                                                          ANN H. MCGLENON
                                                          Attorney for Defendant Camacho

1

O R D E R

2      IT IS SO FOUND AND ORDERED THAT 4th Status Conference set for April 25, 2016

3   before Judge McAuliffe for defendant Adrian Camacho (1) ONLY is Vacated and set for a Change

4   of Plea before Judge Drozd on May 2, 2016 at 10:00 AM.  Time is excluded pursuant to 18 U.S.C.§

5   3161(h)(7)(A) and (B)(iv).

6

7   IT IS SO ORDERED.

8      Dated:   **April 21, 2016**          /s/ *Barbara A. McAuliffe*

9                                UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28