BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:15-cr-00178-DAD-BAM |
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE AS TO DEFENDANT CAMACHO AND SET FOR CHANGE OF PLEA HEARING; EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| ADRIAN CAMACHO, | |
| Defendant, | |

Plaintiff United States of America, by and through its counsel of record BENJAMIN B.
WAGNER, United States Attorney and LAUREL J. MONTOYA, Assistant U.S. Attorney, and
defendants by and through their undersigned counsel of record hereby stipulate as follows:

1. By previous order, this matter was set for status conference April 25, 2016 at 1:30
   p.m. before the Honorable Barbara A. McAuliffe.

2. The defendant CAMACHO has signed a plea agreement that will be filed with the
   Court.

3. Co-defendant Verdin is also set for status conference on April 25, 2016 and is not
   affected by this stipulation.

4. By this stipulation, the parties agree to vacate the status conference date and set the
   matter for a change of plea hearing on May 2, 2016 at 10:00 a.m. before Judge Drozd.

5. The parties agree and stipulate, and request that the Court find the following:

a.      Additional time is needed for the filing of the plea agreement, any further investigation, and for continuity of counsel;

b.      The parties have agreed to vacate the April 25, 2016 status conference date;

c.      The parties have agreed to set the matter for change of plea hearing on May 2, 2016;

d.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 25, 2016 to May 2, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (B)(iv) because it results from a continuance granted by the Court at both the defendants' and government's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the   defendant in a speedy trial.

5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the   period within which a trial must commence.

IT IS SO STIPULATED.


DATED:  April 20, 2016                              /s/ Laurel J. Montoya
                                                   LAUREL J. MONTOYA
                                                   Assistant United States Attorney


DATED:  April 20, 2016                              /s/ Ann H. McGlenon
                                                   ANN H. MCGLENON
                                                   Attorney for Defendant Camacho

O R D E R

IT IS SO FOUND AND ORDERED THAT 4th Status Conference set for April 25, 2016 before Judge McAuliffe for defendant Adrian Camacho (1) ONLY is Vacated and set for a Change of Plea before Judge Drozd on May 2, 2016 at 10:00 AM.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   **April 21, 2016**          _____/s/ Barbara A. McAuliffe_____

UNITED STATES MAGISTRATE JUDGE